IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID ANTHONY McKINNEY, | ) |
| | ) |
| Plaintiff(s), | ) |
| vs | ) NO. 05-344-DRH |
| | ) |
| JOHN ASHCROFT, et al., | ) |
| | ) |
| Defendant(s). | ) |

# ORDER

It appearing to the Court that the plaintiff has failed to properly prosecute as required in the Notice of Impending Dismissal for Want of Prosecution, entered by United States Magistrate Judge Clifford J. Proud, on January 16, 2007, (Doc.17) and the Court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that the complaint filed herein is dismissed without prejudice against the following defendant(s): **Attorney General of the United States and United States Attorney for the Southern District of Illinois.**

Dated this   13th   day of   March  , 2007.


/s/        David   RHerndon
**United States District Judge**