IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID ANTHONY MCKINNEY,** | ) |
| Plaintiff, | ) ) ) |
| V. | ) Civil No. **05-344-DRH** |
| **UNITED STATES OF AMERICA,** | ) ) ) |
| Defendant. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Plaintiff has submitted a "Memorandum of Law" indicating his desire to settle this action for a specified sum. This document will not be filed, as settlement negotiations are not normally a part of the record (Local Rule 16.3(b)(4)), and this document is not an "offer of judgment" for purposes of Federal Rule of Civil Procedure 68.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall return the "Memorandum of Law" to plaintiff.

**IT IS SO ORDERED.**

DATED: April 2, 2007

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**